OPINION — AG — ** PSYCHOLOGIST — QUALIFICATION ** A "QUALIFIED PSYCHOLOGIST", SUCH AS IS REFERRED TO BY YOU, AND WHO IS NOT DISCHARGING HIS PROFESSIONAL DUTIES UNDER AN EMPLOYMENT AS IS OUTLINED BY IN 59 O.S. 731.5 [59-731.5], MAY `NOT' LAWFULLY `DIAGNOSE' AND/OR `TREAT' ANY `HUMAN ILLS' WITHIN THE MEANING OF 59 O.S. 731.1 [59-731.1] (QUALIFICATION AUTHORITY, LICENSE) CITE: 59 O.S. 731.3 [59-731.3], 59 O.S. 731.4 [59-731.4] (FRED HANSEN)